## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**TAMMY RUFF,**

      **Plaintiff,**

**v.**                                                    **Case No: 07-2014-JWL-JTR**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      **Defendant.**

## ORDER

On October 3, 2007, a Report and Recommendation (doc. 17) was issued by the Honorable James T. Reid, Magistrate Judge. The time in which to file objections has passed and to date no objections have been filed. The court has reviewed the Report and Recommendation and finds that it should be adopted.

IT IS THEREFORE ORDERED BY THE COURT that the Report and Recommendation (doc. 17) is adopted and the Commissioner's decision is REVERSED and this case is REMANDED pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings.

Dated this 24th day of October, 2007, at Kansas City, Kansas.

                                                                            s/ John W. Lungstrum
                                                                            John W. Lungstrum
                                                                            United States District Judge